CR 19-343 NEB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
|---|---|---|
| Plaintiff, | ) | 18 U.S.C. § 1349 |
| v. | ) | |
| WILLIAM KYLE SUTOR, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Conspiracy to Commit Health Care Fraud)

From at least in or about March 2015 and continuing thereafter through at least in or about 2017, in the State and District of Minnesota and elsewhere, the defendant,

**WILLIAM KYLE SUTOR,**

did willfully and knowingly conspire, combine, and agree with other persons known and unknown, to violate Title 18, United States Code, Section 1347, that is, to execute and attempt to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, automobile insurance policies provided pursuant to the Minnesota No-Fault Automobile Insurance Act, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and concealment of material facts, any money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services.

All in violation of Title 18, United States Code, Section 1349.

SCANNED
DEC 30 2019
U.S. DISTRICT COURT MPLS

U.S. v. William Kyle Sutor

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7) any property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1349.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: December 30, 2019

ERICA H. MACDONALD
United States Attorney

BY: DAVID J. MACLAUGHLIN
Assistant U.S. Attorney
Attorney ID No. 388356