UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil File No. 19-cr-00343-NEB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| William Kyle Sutor, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Ian Blodger shall appear as counsel of record for defendant William Kyle Sutor in this case.

Dated: December 31, 2019

DORSEY & WHITNEY LLP

By s/ John Marti
   John Marti (#0388393)
   marti.john@dorsey.com
   Ian Blodger (#0398254)
   blodger.ian@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Defendant